**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, *et al.*, <br><br>         Reorganized Debtors. | Chapter 11 <br><br> Case No. 22-10964 (MG) <br><br> (Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, <br><br>         Plaintiff, <br><br> v. <br><br> SmartContract Chainlink Limited SEZC, <br><br>         Defendant. | Adv. Proc. No. 24-02396 |

## CERTIFICATE OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On August 26th, 2024, I sent a copy of the following document via certified mail with return receipt requested:

1) Notice of Voluntary Dismissal.

A copy of the document was sent via certified mail with return receipt requested to the following address:

    Evan C. Hollander
    Orrick, Herrington & Sutcliffe LLP
    51 West 52nd Street
    New York, NY 10019-6142
    United States

Dated: August 27th, 2024

    */s/ Jesse Blevins*
    Jesse Blevins
    Reliable Companies
    1007 North Orange Street, Suite 110
    Wilmington, DE 19801